

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

February 20 , 1970

Hon. O. N. Humphreys, Jr.
Administrator
Texas Alcoholic Beverage
  Commission
Capitol Station
Austin, Texas 78711

Opinion No. M-583

Re: Whether the Texas Alco-
    holic Beverage Commission
    may utilize part of the
    funds specified in Item 19
    of its appropriations for
    construction of a revenue
    station at Eagle Pass.

Dear Mr. Humphreys:

    You have requested the opinion of this office regarding
the above question.  In this connection, we note that the
General Appropriation Bill for the 1970-71 Biennium, in
Item 19 of its appropriations for the Alcoholic Beverage Com-
mission, provides as follows:

    "19.  For the construction of revenue
stations along the international boundary,
$28,000."

    A rider found in the appropriation bill on page III-16
reads, in part, as follows:

    "It is the intent of the Legislature that
the funds appropriated above in Item 19 shall
be expended for the construction, maintenance,
and operation of revenue stations along the inter-
national boundary <u>at Los Ebanos, Rio Grande City,</u>
<u>Amistad Dam, Fabens, and Presidio,</u> provided that
in addition to the regular operating week, ..."
(Emphasis supplied.)

-2781-

In your opinion request you advised that careful investigation and evaluation by your staff had established that a serious need for a revenue station existed at Eagle Pass, and that the need for such a station at Amistad Dam was comparatively small. You also advised that there is no convenient source of liquor supply at present on the Mexican side of Amistad Dam and that the traffic was relatively light.

Notwithstanding the foregoing, the above quoted appropriation rider expressly limits the purposes for which Item 19 funds may be expended. This limitation is within the power of the Legislature. Your agency would have the authority to determine that a revenue station at Amistad Dam should not be constructed out of the funds presently allocated, but the agency would have no authority to transfer the funds to a use other than that specifically directed by the Legislature. Attorney General's Opinions C-21 (1963) and O-5545 (1943).

You are accordingly advised that it is the opinion of this office that the Alcoholic Beverage Commission does not have the authority to construct a revenue station at Eagle Pass, Texas from the funds appropriated in Item 19 of the agency's appropriation.

## S U M M A R Y

In constructing new revenue stations along the international border with Mexico, the Texas Alcoholic Beverage Commission is limited to construction of those stations expressly enumerated by the Legislature in the Appropriation Bill.

Yours very truly,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by Malcolm L. Quick
Assistant Attorney General

Hon. O. N. Humphreys, page 3 (M-583)


APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Acting Co-Chairman

Terry Reed Goodman
Glenn Brown
Bennie Bock
Ronald Carr

MEADE F. GRIFFIN
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant